UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on May 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 John Andrew Higley and Kelly Shawn Higley

| | |
|---|---|
| Case No.: | 22-11146 |
| Hearing Date: | May 23, 2023 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 7 |

Recommended Local Form:     ❏ Followed     ❏ Modified

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
## TO REOPEN CASE AND ALLOW FILING OF
## REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____ April 5 _____, 20 23  by

 Scott M. Wilhelm _____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*rev. 8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:

John Andrew Higley

Kelly Shawn Higley

    Debtors

Case No. 22-11146-KCF

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                     Page 1 of 2

Date Rcvd: May 23, 2023                  Form ID: pdf903                 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Andrew Higley, Kelly Shawn Higley, 86 River Road, Phillipsburg, NJ 08865-7623 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023                  Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Scott M. Wilhelm | on behalf of Joint Debtor Kelly Shawn Higley JenniferC@wwgrlaw.com G27019@notify.cincompass.com;wilhelms@wwgrlaw.com |
| Scott M. Wilhelm | on behalf of Debtor John Andrew Higley JenniferC@wwgrlaw.com  G27019@notify.cincompass.com;wilhelms@wwgrlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: May 23, 2023                  Form ID: pdf903                          Total Noticed: 1
TOTAL: 5